IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | Consolidated Under MDL DOCKET NO. 875 |
| ROBERT C. ELLIS | E.D. PA Civil Action No. 09-74484 |
| v. | |
| CSX TRANSPORTATION, INC. | Transferor Court: GA-S 04-00079 |

FILED
FEB 29 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 28th day of February, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) Defendant CSXT's Motion For Summary Judgment For Lack Of Evidence Of Injury Or Causation [Doc. 14] is **GRANTED**.

Plaintiff does not have any competent medical or causation evidence

to support his FELA claim.

(2) The Clerk is directed to mark this case "closed" for statistical purposes.

BY THE COURT:

_____
EDUARDO C. ROBRENO,    J.

(1) And without objections to the R;R.